IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTY MARCIANO BOONE,<br><br>  Defendant,<br><br>GENENTECH INC.,<br>(and its Successors and Assignees)<br><br>  Garnishee. | Case No.: 2:21-MC-00189-TLN-DB<br><br>**ORDER TERMINATING CONTINUING GARNISHMENT (WAGES)** |

Plaintiff United States has filed an application to terminate its wage garnishment action against defendant Marty Marciano Boone (Boone) because garnishee Genentech reports it no longer employs Boone (the Application). The Application is based on 28 U.S.C. § 3205(c)(10)(B).

The Court, having reviewed the court files and the United States' Application, and finding good cause therefrom, hereby GRANTS the Application. The writ of garnishment issued under this miscellaneous case number against Boone is hereby terminated pursuant 28 U.S.C. § 3205(c)(10)(B) and the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 28, 2021

Troy L. Nunley
United States District Judge